**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 06-7796

_____

LANDIS ALLEN COWLES,

Plaintiff - Appellant,

versus

G. HARRIS, Registered Nurse, Head Nurse;
DOCTOR KAZLAUSKAS, MD, Unit Physician; L.
HOUSE, L.P.N.,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:06-cv-00920-LMB)

_____

Submitted: January 25, 2007        Decided: February 1, 2007

_____

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Landis Allen Cowles, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Landis Allen Cowles appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Cowles v. Harris</u>, No. 1:06-cv-00920-LMB (E.D. Va. filed Oct. 10, 2006, entered Oct. 11, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>